# JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Broguiere,<br><br>             Plaintiffs,<br><br>     v.<br><br>Ocwen Loan Servicing, et al.,<br><br>             Defendants. | Case No. CV 14-01579 JGB (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that the Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered. As the only remaining Defendant, Sage Point LLC, is a nominal party to this action, the Clerk shall close the case.

Dated: December 22, 2014

JESUS G. BERNAL
United States District Judge